**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| ROBERT GENE REGA AND JOAN MARY REGA | : No. 256 WAL 2022 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| v. | : from the Order of the Superior Court |
| | : |
| | : |
| COMPATI HOME HEALTHCARE, LLC, JAY CINCINNATTI, NEAL LARIMER, RUTHI HOOPER, AND FLORA BENNETT | : |
| | : |
| | : |
| | : |
| PETITION OF: ROBERT GENE REGA | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of April, 2023, the Petition for Allowance of Appeal, Motion for Permission to File Answer to Petition for Allowance of Appeal *Nunc Pro* Tunc, and Application to File Response to Respondent's *Nunc Pro Tunc* Answer are **DENIED**.